JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 13-107 RSM |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING |
| vs. | ) | STIPULATED MOTION TO CONTINUE |
| | ) | TRIAL DATE AND EXTEND TIME FOR |
| ANGELA JEANNE COOLEY, | ) | PRETRIAL MOTIONS |
| Defendant. | ) | |
| | ) | |

THE COURT having considered the stipulated motion of the parties to continue the trial date and extend the due date of the pretrial motions, and the records and files herein, the Court hereby makes the following findings:

1. The Court finds that a failure to grant the continuances would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii).

2. The Court further finds that the ends of justice will be served by ordering the continuances in this case and that the continuances are necessary to ensure effective trial preparation and that these factors outweigh the best interests of the defendant and the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL & EXTEND PTM's DUE DATE
(*Angela Cooley;* CR13-107RSM)                    1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

IT IS THEREFORE ORDERED that the trial date be continued from December 9, 2013, to February 3, 2014.

IT IS FURTHER ORDERED that the due date for pretrial motions be extended to January 10, 2014.

FURTHERMORE, IT IS ORDERED that the period of time from the current trial date of December 9, 2013, up to February 3, 2014, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*.

DONE this 20 day of November, 2013.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/   Jennifer E. Wellman*
Jennifer E. Wellman, WSBA No. 29193
Attorney for Angela Jeanne Cooley

*/s/   Ehren Reynolds*
Assistant United States Attorney
*E-Mail Approval*

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL & EXTEND PTM's DUE DATE
(*Angela Cooley;* CR13-107RSM)       2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100